UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEVEN HANSON and RANDALL PELLETIER, on behalf of themselves and all others similarly situated,<br>PLAINTIFFS<br><br>v.<br><br>SCOTT R. JENSEN, in his official capacity as Director of the Rhode Island Department of Labor and Training<br>DEFENDANT | TEMPORARY RESTRAINING ORDER REQUESTED<br><br>Case Number:   20-cv-00232 |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs, on behalf of themselves and all persons similarly situated, hereby move the Court, pursuant to Federal Rule of Civil Procedure 65, for an order temporarily restraining and preliminarily enjoining Defendant from violating 42 U.S.C. § 503 and implementing regulations, and the Due Process Clause of the Fourteenth Amendment of the United States Constitution, for the reasons set forth in the memorandum of law attached hereto and upon the declarations of Plaintiffs Hanson and Pelletier submitted herewith.

Plaintiffs seek a temporary restraining order and a preliminary injunction enjoining Defendant 1) from hereinafter stopping, suspending, or terminating Unemployment Insurance benefits (UI) to current UI recipients, including the named Plaintiffs, without adequate written notice; and (2) to immediately resume payment of UI benefits to Plaintiff Hanson and individual class members whose weekly UI benefits were stopped without notice, as well as payment to them of retroactive benefits for each week that benefits were withheld.

Plaintiffs request oral argument on this motion. Plaintiffs anticipate that an evidentiary hearing of not more than one day may also be required.

1

Prior to filing this motion, on May 21, 2020 undersigned counsel notified Miriam Weizenbaum of the Department of Attorney General, of the within motion, and today provided electronic copies of the Complaint and the within Motion and supporting documents.

Respectfully submitted,

/s/ Ellen Saideman
Ellen Saideman, Esq. (Bar No. 6532)
Law Office of Ellen Saideman
7 Henry Drive
Barrington, RI  02806
Telephone:  401.258.7276
Facsimile:   401.709.0213
Email:  esaideman@yahoo.com

/s/ Lynette Labinger
Lynette Labinger, Esq., (Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI  02903
Telephone:  401.465.9565
LL@labingerlaw.com

Cooperating counsel
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF RHODE ISLAND

CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF system on this day 27th day of May, 2020 and that it is available for viewing and downloading to all counsel of record and that I provided the within document by email to:

Brenda Baum
bbaum@riag.ri.gov

Miriam Weizenbaum
mweizenbaum@riag.ri.gov

/s/ Ellen Saideman
Ellen Saideman, Esq.