**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **STEVEN HANSON and RANDALL PELLETIER,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>**SCOTT R. JENSEN,** in his official capacity as Director of the Rhode Island Department of Labor and Training<br>*Defendant.* | C.A. No. 20-cv-00232-WES-PAS |

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendant Scott R. Jensen in his official capacity only ("State Defendant") hereby moves for an extension of time up to and including March 16, 2021 to object or otherwise respond to Plaintiffs' Motion for Class Certification. The parties continue to engage in mediation. Plaintiffs' counsel have assented to this motion.

WHEREFORE, State Defendant respectfully requests that this Assented to Motion for Extension of Time be granted and that State Defendant has up to and including March 16, 2021 to object or otherwise respond to Plaintiffs' Motion for Class Certification.

Respectfully submitted,

DEFENDANT
SCOTT R. JENSEN, in his Official Capacity
as the Director of the Rhode Island
Department of Labor and Training

By his Attorney,

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Brenda D. Baum*
Brenda D. Baum (5184)
Assistant Attorney General
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400 x2294
Fax: (401) 222-2995
bbaum@riag.ri.gov

# CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF filing system on this 29th day of January 2021 and that a copy is available for viewing and downloading.

*/s/ Brenda D. Baum*