UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **STEVEN HANSON** and **RANDALL PELLTIER,** on behalf of themselves and all others similarly situated,<br>*Plaintiffs*<br><br>v.<br><br>**SCOTT R. JENSEN,** in his official capacity as Director of the Rhode Island Department of Labor and Training<br>*Defendant.* | C.A. No. 20-cv-00232-WES-PAS |

## Withdrawal of Appearance

I, Justin J. Sullivan, Special Assistant Attorney General, hereby withdraw my appearance on behalf of Defendant Scott R. Jenson, in his official capacity as Director of the Rhode Island Department of Labor and Training.

        Respectfully Submitted,

        Defendant
        SCOTT R. JENSEN, in his Official Capacity
        as the Director of the Rhode Island
        Department of Labor and Training
        By:
        PETER F. NERONHA
        ATTORNEY GENERAL

        */s/ Justin J. Sullivan*
        Justin J. Sullivan, Bar No. 9770
        Special Assistant Attorney General
        150 South Main St.
        Providence, RI 02903
        Tel: (401) 274-4400, Ext. 2007
        Fax: (401) 222-2995
        jjsullivan@riag.ri.gov

## **CERTIFICATION**

      I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 3rd day of March 2021.

                                                        */s/ Brenda D. Baum*